IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFREY DAVID COOK,

    Plaintiff,

v.                                                      Civ. 12-713 GBW

CITY OF LAS CRUCES, LAS CRUCES
POLICE DEPARTMENT, WILLIAMS, D. SOLIS,
and T ALLEN,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ("Plaintiff's Motion"). *Doc. 3.* Plaintiff's Motion seeks to obtain in forma pauperis ("IFP") status in order to pursue claims regarding alleged violations of his civil rights. *See generally doc. 1.*

"In order to succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees, as well as the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised in the action." *Lister v. Dep't Of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005)(citation omitted). Section 1915(a)(1) applies to all plaintiffs seeking IFP status. *Id.; see also Griffin v. Zavaras*, 336 F. App'x 846, 849 n.2 (10th Cir. 2009). Plaintiff's Complaint asserts a nonfrivolous argument on the law, and his motion evidences his inability to pay the filing fee.

As such, I find the motion well-taken and hereby GRANT it.

    **IT IS SO ORDERED.**

                                              _____
                                              GREGORY B. WORMUTH
                                              UNITED STATES MAGISTRATE JUDGE